# EXHIBIT

# B

Report Criteria:
Pleading Type: All Pleadings
Attorney: All Case Attorneys
Litigant: All Case Litigants
Date Range: For the period 01/01/2015 to 09/14/2015

Civil District Court for the Parish of Orleans
Hon. Dale N. Atkins - Clerk

Case Pleading Report

| Case Number | 2015-06127 | Section | J - 05 | Case Filed: | 06/25/2015 |
|---|---|---|---|---|---|

Case Number 2015-06127   JOHNSON, KELLY DAVID versus NCL (BAHAMAS) LTD. ET AL

**Date Filed: 06/25/2015**   Date Entered: 06/26/2015   Petition for Damages - PLAINTIFF'S ORIGINAL PETITION W/JURY
  Litigant:   JOHNSON, KELLY DAVID
  Attorney:  14234 - Miller, Paul R
  Remarks:   1 LONG ARM OUT 7-8-15 MAILED OUT TO ATTY 7-8-15
             FAXED 06/25/2015 Includes Fax Fees of 17.50
    Date Order Signed:                By:                Date IFP Signed:                Filing Fee: 519     Amount Due: 25      Pauper: No

**Date Filed: 06/25/2015**   Date Entered: 06/26/2015   Supreme Court - Processing Fee
  Litigant:   JOHNSON, KELLY DAVID
  Attorney:  14234 - Miller, Paul R
  Remarks:   FAXED 06/25/2015
    Date Order Signed:                By:                Date IFP Signed:                Filing Fee: 10      Amount Due: 0       Pauper: No

**Date Filed: 06/25/2015**   Date Entered: 06/26/2015   Request for Trial by Jury
  Litigant:   JOHNSON, KELLY DAVID
  Attorney:  14234 - Miller, Paul R
  Remarks:   FAXED 06/25/2015
    Date Order Signed:                By:                Date IFP Signed:                Filing Fee: 780     Amount Due: 0       Pauper: No

**Date Filed: 07/08/2015**   Date Entered: 07/08/2015   Citation and Service Copies of Petitions Issued
  Litigant:   NCL (BAHAMAS) LTD.
  Attorney:  14234 - Miller, Paul R
  Remarks:
    Date Order Signed:                By:                Date IFP Signed:                Filing Fee: 0       Amount Due: 0       Pauper: No

**Date Filed: 08/18/2015**   Date Entered: 08/20/2015   Motion for Extension of Time in which to Plead
  Litigant:   NCL (BAHAMAS) LTD.
  Attorney:  30574 - Keller-Garcia, Susan G
  Remarks:   GRANTED (30) DAYS OR UNTIL 9-30-15 TO PLEAD.
    Date Order Signed: 08/18/2015   By: Christopher J. Bruno   Date IFP Signed:             Filing Fee: 0       Amount Due: 0       Pauper: No

REPORT DATE:   09/14/2015
REQUESTED BY:  Pierce Moore

CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO. 2015-6127      DIVISION "J"      DOCKET

SECTION 5

KELLY DAVID JOHNSON

VS.

NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE

FILED: _____

DEPUTY CLERK

# PLAINTIFF'S ORIGINAL PETITION

NOW COMES KELLY DAVID JOHNSON, hereafter "Plaintiff", complaining of NCL (BAHAMAS) LTD., hereafter "Defendant" and for causes of action would show:

1.

Plaintiff is a United States citizen currently residing in the State of Tennessee.

2.

Defendant is a corporation organized under the laws of Bermuda which maintains its principal place of business in Miami, Florida. Plaintiff would show that at all times material hereto Defendant does business in the State of Louisiana within the meaning the Louisiana Long Arm Statute, La. R.S. §13:3201(A)(1), 13:3201(A)(3); 13:3201(A)(4) and/or 13:3201(B), and the Due Process Clause of the United State Constitution. Plaintiff would further show that acts and/or omissions complained of herein, including, but not limited to, aggravation of Plaintiff's injuries and damages from being required to continue working on the vessel while injured, occurred in the State of Louisiana and in New Orleans, Orleans Parish, Louisiana, where the vessel NORWEGIAN DAWN, which was owned and/or operated by Defendant, traveled and was docked.

3.

This action is brought under the Jones Act, 46 U.S.C. App. § 30104, the Federal Employers Liability Act ("FELA"), 45 U.S.C. 51 et seq., the general maritime law of the United States or, in the alternative, under any applicable law.

4.

At all times material hereto Plaintiff was employed by Defendant as a seaman and member of the crew of the vessel NORWEGIAN DAWN, which was owned and/or



operated by Defendant. Plaintiff signed on the vessel in Boston, Massachusetts and signed off the vessel in New Orleans, Louisiana. Had he not been injured, Plaintiff would have continued to sail on the vessel out of New Orleans, Louisiana.

On or about October 31, 2014, Plaintiff sustained serious injuries to his knee, leg and body generally while attempting to exit his bunk after being suddenly awoken from sleep by an unannounced drill conducted by Defendant aboard the vessel. Following the injury, Plaintiff was seen by at least two doctors who issued instructions to Defendant that Plaintiff not work and was not fit for duty. Plaintiff was instead ordered by Defendant against the doctors' instructions to continue performing his duties aboard the vessel. Plaintiff would show that his injuries and damages were aggravated by Defendant's conduct in ordering him to continue with his duties despite the doctors' instruction and the not fit for duty slips.

5.

Plaintiff would show that Defendant was negligent and that such negligence played some part, even in the slightest, in causing his injuries and/or the aggravation of his injuries in one or more of the following:

1. Failing to provide Plaintiff with proper notice of the drill;

2. Failing to relieve Plaintiff from his duties on the vessel in light of his doctors' instructions and the not fit fo duty slips;

3. Failing to medically discharge Plaintiff and pay for him to return to the United States for proper medical care;

4. Failing to properly pay and/or approve maintenance and/or cure for Plaintiff under as required by the General Maritime Law of the United States;

5. Other instances of negligence as may become apparent following additional discovery.

6.

Defendant's negligence has caused Plaintiff to suffer damages including, but not limited to, the following:

1. Past pain, suffering and mental anguish;

2. Future pain, suffering and mental anguish;

2

3. Lost wages in the past;

4. Loss of future earning capacity;

5. Past medical expenses;

6. Future medical expenses;

7. Past physical impairment; and

8. Future physical impairment.

Plaintiff has been damaged in amount which exceeds any jurisdictional requirements of this Court.

7.

Plaintiff would further show that he was and is entitled to receive maintenance and cure from Defendant under the general maritime law of the United States. Plaintiff would show that Defendant has failed to pay the proper amount of maintenance and/or has failed to properly pay for and/or approve medical treatment requested by his treating physicians. Plaintiff would show that such failure to properly pay maintenance and/or cure on the part of Defendant was negligent, arbitrary and/or capricious and has caused his medical condition to worsen and be aggravated. Plaintiff would further show that Defendant has acted wilfully and callously in failing to properly pay maintenance and cure to Plaintiff. As a result of Defendant's conduct, Plaintiff is entitled to all maintenance and cure due and owing; to consequential damages and attorney fees caused by the failure to properly pay maintenance and/or cure; and to punitive damages in order to punish Defendant for its conduct and to serve as a warning to Defendant and to others to not engage in similar conduct.

8.

Plaintiff has not been paid and is entitled to full wages until the end of his scheduled work assignment with Defendant.

9.

Plaintiff further requests pre-judgment and post judgment interest as allowed by law.

10.

### REQUEST FOR JURY TRIAL

Plaintiff requests a jury trial.

3

WHEREFORE, Plaintiff prays that Defendant be cited to appear and answer this lawsuit and that, upon final trial hereof, that Plaintiff have judgment against Defendant for all damage heretofore pleaded, for attorney fees, for unpaid wages, for all costs of court, for pre-judgment and post-judgment interest and for all such other and further damages as the Court may deem proper.

*[signature]*

Paul R. Miller, # 14234
Of Counsel
The Chaffin Law Firm, P.C.
4265 San Felipe, Suite 1020
Houston, Texas 77027
(713) 528-1000
(713) 952-5972 (FAX)

ATTORNEY FOR PLAINTIFF

OF COUNSEL:

Robert A. Chaffin
THE CHAFFIN LAW FIRM, P.C.
4265 San Felipe, Suite 1020
Houston, Texas 77027
(713) 528-1000
(713) 952-5972 (FAX)

**PLEASE PROVIDE A CERTIFIED COPY OF THE CITATION AND THIS PETITION TO PLAINTIFF'S ATTORNEY SO THAT DEFENDANT CAN BE SERVED BY CERTIFIED MAIL BY PLAINTIFF'S ATTORNEY PURSUANT TO LA. R.S. § 3204 AT ITS PRINCIPAL OFFICE:**

NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE
7665 Corporate Center Drive
Miami, Florida 33126

*A TRUE COPY*
*[signature]*
DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

4

 

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 2015-6127                                                    DIVISION J, SECTION 5

2015 AUG 18 P 3:___

KELLY DAVID JOHNSON

DISTRICT COURT

VERSUS

NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE

FILED: _____                    _____
                                                                                DEPUTY CLERK

## CONSENT MOTION FOR EXTENSION OF TIME TO PLEAD

NOW INTO COURT, through undersigned counsel, comes defendant NCL (Bahamas) Ltd. d/b/a Norwegian Cruise Line (hereinafter "NCL"), making a limited appearance, and respectfully moves this Court, pursuant to La. C. Civ. Proc. Art. 1001, for an additional thirty (30) days in which to file responsive pleadings, extending the current deadline of August 31, 2015, until September 30, 2015. NCL represents that additional time is required in order to prepare an adequate response and that this is its first request for an extension of time. Plaintiff, Kelly David Johnson, has consented to this extension.

NCL makes this limited appearance for the sole purpose of requesting an extension of time to plead, and which shall not constitute a waiver of its objections to jurisdiction, service of process, venue and/or any other objection or defense NCL may assert in the future.

WHEREFORE, defendant, NCL (Bahamas) Ltd. d/b/a Norwegian Cruise Line, respectfully requests that the Court enter the attached order granting NCL an additional 30 days, until September 30, 2015, in which to file responsive pleadings.

Respectfully submitted,

_____
ANTONIO J. RODRIGUEZ (#11375)
H. JAKE RODRIGUEZ, T.A. (#27867)
SUSAN G. KELLER-GARCIA (#30574)
Fowler Rodriguez
400 Poydras Street, 30th Floor
New Orleans, Louisiana 70130
Telephone:   (504) 523-2600
Facsimile:    (504) 523-2705

*Counsel for Defendant, NCL (Bahamas) Ltd.*

VERIFIED
8-24-15

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing pleading has been furnished to all counsel of record via U.S. Mail, postage prepaid and properly addressed, or by facsimile, or by hand delivery, this 18th day of August, 2015.

 

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NUMBER: 2015-6127                                      DIVISION J, SECTION 5

KELLY DAVID JOHNSON

VERSUS

NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINE

FILED: _____                _____
                                                DEPUTY CLERK

## ORDER

Considering the foregoing consent motion for extension of time to plead,

IT IS HEREBY ORDERED that defendant, NCL (Bahamas), Ltd. d.b.a. Norwegian Cruise Line, is granted an additional thirty (30) days, until September 30, 2015, in which to file responsive pleadings.

New Orleans, Louisiana, this ___ day of **AUG 18 2015**_____, 2015.

_____
JUDGE
JUDGE
CHRISTOPHER J. BRUNO
DIVISION "F"

ENTERED ON MINUTES

AUG 24 2015

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

# THE CHAFFIN LAW FIRM
*A Professional Corporation*



~~Robert A. Chaffin~~

PAUL R. MILLER
*Licensed in Texas and Louisiana*
*Of Counsel*

ANGELA ARANGO-CHAFFIN
*Licensed in Florida*
*Of Counsel*

June 29, 2015

Hon. Dale N. Atkins
Clerk of Civil District Court
421 Loyola, Rm. 402
New Orleans, LA 70112

BY FEDERAL EXPRESS OVERNIGHT

Re: No. 2015-6127
Kelly David Johnson v. NCL (Bahamas) Ltd. d/b/a Norwegian Cruise Line
Div. "J-05", Civil District Court, Orleans Parish, Louisiana

Dear Ms. Atkins:

Please find enclosed the following original documents concerning the above captioned NEW CASE, which was fax filed on June 25, 2015:

1. Plaintiff's Original Petition with Request for Jury Trial; and
2. Civil Case Information Sheet.

Also enclosed is our check No. 33350 in the amount of $1,311.00, representing the filing, jury and fax filing fees as documented by your office on the attached Facsimile Transmission Confirmation.

Please prepare and forward a certified copy of the citation and the file-stamped petition to me in enclosed stamped, self-addressed envelope so that I can serve the defendant by certified mail pursuant to La. R.S. § 13:3204 (Louisiana Long Arm Statute).

Thank you for your assistance with this matter.

Sincerely,

THE CHAFFIN LAW FIRM

Paul R. Miller
Of Counsel

PRM/dm
Enclosures

4265 San Felipe • Suite 1020 • Houston, Texas 77027 • Phone: (713) 528-1000 • Fax: (713) 952-5972
www.chaffinlawfirm.com