IN UNITED STATES DISTRICT COURT

FOR EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| KELLY DAVID JOHNSON,  Plaintiff | § § § | CIVIL ACTION NO. 15-4400 |
| vs. | § § § | SECTION: "G" (3) |
| | § | JUDGE: BROWN |
| NCL (BAHAMAS) LTD. d/b/a NORWEGIAN CRUISE LINES,  Defendant | § § § | MAGISTRATE: KNOWLES |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff hereby dismisses this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Paul R. Miller*

_____
Paul R. Miller, T.A. (#14234)
4265 San Felipe, Suite 1020
Houston, Texas 77027
(713) 528-1000
(713) 952-5972/Fax
pmiller@neosoft.com

ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served upon all counsel of record through the district's CM/ECF filing system on March 21, 2016.

__*/s/ Paul R. Miller*_____
Paul R. Miller